# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1215
LT Case No. 2023-CF-001956-A

_____

WILLIAM ANDREW GREEN,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

David M. Tarlow, of Quintairos, Prieto, Wood & Boyer, P.A.,
Fort Lauderdale, for Petitioner.

No Appearance for Respondent.

May 9, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the February 5, 2025 judgment and sentence rendered in Case No. 2023-CF-001956-A, in the Circuit Court in and for Marion County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, SOUD, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____